445 A.2d 103

**COMMONWEALTH of Pennsylvania,**

v.

**Ronald W. SCOTT, Appellant.**

Supreme Court of Pennsylvania.

Argued and Submitted April 21, 1982.

Decided May 19, 1982.

Malcolm P. Rosenberg, Philadelphia, for appellant.

Ronald T. Williamson, Chief, Appeals Div., Morristown, for appellee.

134

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Order affirmed.